ORIGINAL

George J. Marchese, Esq.
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff

FILED
JAN 13 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT

OF FEDERAL CLAIMS

| | |
|---|---|
| Kimberly Clark Corporation<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | NO. 06-37 T<br><br>**COMPLAINT** |

Plaintiff Kimberly Clark Corporation, ("Plaintiff"), by and through its attorneys, Kelley Drye & Warren LLP for its Complaint against defendant United States of America ("Defendant") alleges as follows:

1. Plaintiff brings this action under sections 6532 and 7422 of the United States Internal Revenue Code (the "Code") (26 U.S.C. §§ 6532 and 7422), for recovery of: (i) federal communications excise taxes Plaintiff paid to the Defendant United States of America with respect to the taxable quarters ended March 31, 2000 through December 31, 2004 and (ii) statutory interest on such overpayment of tax.

## THE PARTIES

2. Plaintiff is a corporation organized under the laws of the State of Delaware with its principal place of business located in Irving, Texas. Plaintiff's address is 351 Phelps Drive, Irving, TX 75038.

3. For purposes of reporting to the United States Internal Revenue Service (the "IRS"), Plaintiff's Employer Identification Number is 39-0394230, which is reflected on all returns and claims described below.

4. The defendant is the United States of America.

5. The actions complained of herein were taken by representatives of the Commissioner of Internal Revenue.

## JURISDICTION AND VENUE

6. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1346(a)(1).

7. Venue is proper pursuant to 28 U.S.C. § 1346(a)(1) which states that the district courts shall have original jurisdiction, concurrent with the United States Court of Federal Claims, of any civil action against the United States for the recovery of any internal-revenue tax alleged to have been erroneously or illegally assessed or collected.

## RELIEF SOUGHT

8. Plaintiff seeks to recover an overpayment by Plaintiff of federal communication excise taxes, together with interest as provided by law.

9. Plaintiff paid the communication excise taxes at issue during the quarter ended March 31, 2000 through the quarter ended December 31, 2004.

10. During the quarters listed above, Plaintiff purchased intrastate, interstate, and international long distance telephone service and other communications services from various communications service providers ("Plaintiff's Services").

11. The communications service providers apparently classified the services sold to Plaintiff as taxable toll telephone service under sections 4251 and 4252(b) of the Code. Consequently, they collected federal communication excise taxes from Plaintiff, reported the taxes on IRS Forms 720 and remitted the taxes to the IRS.

12. On March 26, 2003, Plaintiff timely filed claims for refund for the quarters ended March 31, 2000 through March 31, 2003 with the Internal Revenue Service Center in Cincinnati, Ohio. On August 22, 2003, Plaintiff timely filed claims for refund for the quarter ended June 30, 2003 with the Internal Revenue Service Center in Cincinnati, Ohio. On October 22, 2003, Plaintiff timely filed claims for refund for the quarter ended September 30, 2003 with the Internal Revenue Service Center in Cincinnati, Ohio. On March 23, 2005, Plaintiff timely filed claims for refund for the quarters ended June 30, 2004 through December 31, 2004 with the Internal Revenue Service Center in Cincinnati, Ohio. These claims for refund satisfied the requirements of sections 6532 and 7422 of the Code. True and correct copies of these claims for refund are attached hereto as Exhibit A. Plaintiff has reviewed its invoices and determined that it is entitled to a refund with respect to the services provided by its communications service providers.

13. The IRS has not allowed Plaintiff's claims for refund of federal communication excise taxes. More than six months have passed since the filing of the refund claims.

14. Section 4251(a) of the Code imposes tax on amounts paid for "communications services." The tax is imposed on the "person paying for such services." Code § 4251(a)(2).

15. Only those communications services described in section 4252(a), (b) and (c) of the Code are potentially subject to the federal communications excise tax imposed by section 4251 of the Code. Code § 4251(a) and (b).

16. None of Plaintiff's Services meets the definition of "local telephone service" or "teletypewriter exchange service." Code § 4252(a) and (c).

17. A service may only be a "toll telephone service" for purposes of the federal communications excise tax if it is described in either section 4252(b)(1) or section 4252(b)(2) of the Code.

18. Section 4252(b)(1) of the Code provides that the term "toll telephone service" means a "telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States."

19. The charges for Plaintiff's Services did not vary in amount with the distance of each individual communication.

20. Accordingly, none of Plaintiff's Services is described in section 4252(b)(1) of the Code.

21. Section 4252(b)(2) of the Code provides that the term "toll telephone service" includes "a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located."

22. Plaintiff's Services did not entitle Plaintiff to an unlimited number of calls to a specified area outside a local telephone system area for a charge based on a flat fee or elapsed transmission time.

23. Accordingly, none of Plaintiff's Services is described in section 4252(b)(2) of the Code.

24. By reason of the foregoing, Plaintiff has overpaid its federal communications excise tax for the taxable quarters ended March 31, 2000 through December 31, 2004. Defendant has refused to refund any part of the overpayment.

25. Plaintiff is the sole owner of this claim and has made no assignment or transfer of any part of this claim or any part thereof.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment in its favor and against the United States in an amount to be determined at trial, representing overpayment of tax, or such other amount as may be legally refundable, plus interest as provided by law, and for such other and further relief as the Court deems equitable and proper.

Dated: January 10, 2006

Respectfully submitted,

By: George J. Marchese

George J. Marchese, Esq.
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Attorneys for Plaintiff

KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE NEW YORK, NY 10178

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 ... STREET, N.W.
SUITE ...
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

777 SOUTH FIGUEROA STREET
SUITE 2700
LOS ANGELES, CA 90017
(213) 689-1300
FAX (213) 688-8150

SUITE 1406, FAIRMONT HOUSE
8 COTTON TREE DRIVE, HONG KONG
(852) 2869-0821
FAX (852) 2869-0049

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0589

[illegible partner roster]

*NOT ADMITTED IN NEW YORK

AFFILIATE OFFICES

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER - 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGIO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND. SUDIRMAN KAV. 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHAWAN
226 NARIMAN POINT
MUMBAI 400 021 INDIA
(91)(22) 281-0336
FAX (91)(22) 281-0337

YUMOTO & OTA
KIOI ROYAL HEIGHTS
3-29, KIOI-CHO
CHIYODA-KU
TOKYO 102 JAPAN
(81)(3) 3234-2441
FAX (81)(3) 3262-2729

March 26, 2003

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Internal Revenue Service Center
Cincinnati, OH 45999-0002

Re: Kimberly-Clark Corporation
(EIN: 39-0394230)

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods January 1, 2000-March 31, 2003. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:sg
Enclosures

NY01/MILEJ/821056.1

Form **2848**
(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Kimberly-Clark Corporation<br>Tax Department<br>401 North Lake Street<br>Neenah, WI 54956 | | 39 0394230 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Mr. Jacob J. Miles<br>Kelley Drye & Warren<br>New York, NY 10178-0002 | CAF No. 2005-78683R<br>Telephone No. (212) 808-7574<br>Fax No. (212) 808-7897<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Excise Tax | Form 720 and Form 8849 | January 1, 2000-March 31, 2003 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4—Specific uses not recorded on CAF.**) . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5—Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: Pertaining to Excise Taxes collected on taxpayer's telecommunications services

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Mr. Jacob J. Miles

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Russell V. Varnado (signature) | 3/21/03 | Director IRS Affairs & Operations Taxes

Signature | Date | Title (if applicable)

RUSSELL V. VARNADO

Print Name

Signature | Date | Title (if applicable)

Print Name

## Part II Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | NY | (signature) | 3/25/03 |
| | | | |

Form **8849** (Rev. January 2002)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

| Field | Entry |
|---|---|
| Name of claimant | KIMBERLY-CLARK |
| Employer identification number (EIN) | 390394230 |
| Address (number, street, room or suite no.) | 401 NORTH LAKE ST TAX DEPT |
| Social security number (SSN) | |
| City and state or province. If you have a foreign address, see page 2. | NEENAH WI |
| ZIP code | 54956 |
| Foreign country, if applicable. Do not abbreviate. | |
| Month claimant's income tax year ends | |
| Daytime telephone number (optional) | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters that were or will be made on* ***Form 720X****, Amended Quarterly Federal Excise Tax Return, or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims, or* ***Form 4136****, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Director IRS Affairs & Operations Taxes — Date: 3/21/03

Signature and title (if applicable) — Date

RUSSELL V. VARNADO

Type or print your name below signature.

Schedule 6 (Form 8849) (Rev. January 2002)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849. ▶ See instructions on page 2.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–9) |
|---|---|---|
| Kimberly-Clark Corporation | 39-0394230 | $ 135,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012000 Latest date ▶ 03312002

Claimant's registration number for Section 4091(d) claims. ▶ ______

| Claim | Amount of refund | | CRN |
|---|---|---|---|
| 1 January 1, 2000 through March 31, 2000 | $ 15,000 | 00 | |
| 2 April 1, 2000 through June 30, 2000 | 15,000 | 00 | |
| 3 July 1, 2000 through September 30, 2000 | 15,000 | 00 | |
| 4 October 1, 2000 through December 31,2000 | 15,000 | 00 | |
| 5 January 1, 2001 through March 31, 2001 | 15,000 | 00 | |
| 6 April 1, 2001 through June 30, 2001 | 15,000 | 00 | |
| 7 July 1, 2001 through September 30, 2001 | 15,000 | 00 | |
| 8 October 1, 2001 through December 31,2001 | 15,000 | 00 | |
| 9 January 1, 2002 through March 31, 2002 | 15,000 | 00 | |

Use the space below for an explanation of each claim listed.

SEE ATTACHED

# Form 8849 Attachment

Name of Claimant: Kimberly-Clark Corporation
Employer Identification Number: 39-0394230
Type of Return Filed: 720 (No. 22)
Excise Tax: Communications Excise Tax
Period of Claim: January 1, 2000 through March 31, 2002
Amount to be Refunded: $ 135,000.00 plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

Form **8849** (Rev. January 2002)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

Name of claimant: KIMBERLY-CLARK

Employer identification number (EIN): 390394230

Address (number, street, room or suite no.): 401 NORTH LAKE ST TAX DEPT

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: NEENAH WI

ZIP code: 54956

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends:

Daytime telephone number (optional)

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters that were or will be made on* ***Form 720X****, Amended Quarterly Federal Excise Tax Return, or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims, or* ***Form 4136****, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Director IRS Affairs & Operations Taxes — Date: 3/4/03

Signature and title (if applicable) — Date

RUSSELL V. VALNADO

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions. Cat. No. 20027J Form **8849** (Rev. 1-2002)

Schedule 6 (Form 8849) (Rev. January 2002)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849. ▶ See instructions on page 2.

OMB No. 1545 1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-9) |
|---|---|---|
| Kimberly-Clark Corporation | 39-0394230 | $ 60,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012002 Latest date ▶ 03312003

Claimant's registration number for Section 4091(d) claims. ▶

| Claim | Amount of refund | | CRN |
|---|---|---|---|
| 1 April 1, 2002 through June 30, 2002 | $ 15,000 | 00 | |
| 2 July 1, 2002 through September 30, 2002 | 15,000 | 00 | |
| 3 October 1, 2002 through December 31,2002 | 15,000 | 00 | |
| 4 January 1, 2003 through March 31, 2003 | 15,000 | 00 | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |

Use the space below for an explanation of each claim listed.

SEE ATTACHED

# Form 8849 Attachment

Name of Claimant: Kimberly-Clark Corporation
Employer Identification Number: 39-0394230
Type of Return Filed: 720 (No. 22)
Excise Tax: Communications Excise Tax
Period of Claim: April 1, 2002 through March 31, 2003
Amount to be Refunded: $ 60,000.00 plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

8849attachment

Form **8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.**

Taxpayer name(s) and address (please type or print)
Kimberly-Clark Corporation
Tax Department
401 North Lake Street
Neenah, WI 54956

Social security number(s)

Employer identification number
39 : 0394230

Daytime telephone number
( )

Plan number (if applicable)

**2 Appointee.**

Name and address (please type or print)
Ginnie Mauro
TSL a division of PRG-Schultz
600 Galleria Pkwy MS 5E.16
Atlanta, GA 30339

CAF No. 0100-61933R
Telephone No. (770)779-6361
Fax No. (770) 779-3365
Check if new: Address ☐ Telephone No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| Excise Tax | 720 & 8849 | 01/01/00-03/31/03 | Excise Taxes on Telecommunications Services |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) . . . ▶ ☐
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you must check the box on line 5a or b unless the box on line 4 is checked):

a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . ▶ ☒

b If you do not want any copies of notices or communications sent to your appointee, check this box . . . ▶ ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . ▶ ☐
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife **must** sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

[signature] 3/4/03
Signature Date

Signature Date

RUSSELL V. VARNADO Director IRS Affairs & Operations Taxes
Print Name

Print Name Title (if applicable)

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use Form 2848, Power of Attorney and Declaration of Representative.

Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0026 9028 2455

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.13 |

Recipient's Name (Please Print Clearly) (To be completed by mailer): IRS
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: Cincinnati OH 45999

PS Form 3800, February 2000 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Center
Cincinnati OH 459999 0002

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) RECEIVED — B. Date of Delivery

C. Signature MAR 31 2003
X ☐ Agent ☐ Addressee
CENTER DIRECTOR

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
COVINGTON, KY

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0600 0026 9028 2456

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE NEW YORK, NY 10178

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE, SUITE 1200
VIENNA, VA 22182
(703) 918-2300 • FAX (703) 918-2450

SUITE 1602, FAIRMONT HOUSE
8 COTTON TREE DRIVE, HONG KONG
(852) 2869-0821
FAX (852) 2869-0049

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0589

AFFILIATE OFFICES

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER – 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGJO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND. SUDIRMAN KAV. 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHAVAN
226 NARIMAN POINT
MUMBAI 400 021 INDIA
(91)(22) 22810336
FAX (91)(22) 22810337

YUMOTO & OTA
NEW ROYAL HEIGHTS
3-29, KIOI-CHO
CHIYODA-KU
TOKYO 102 JAPAN
(81)(3) 3234-2441
FAX (81)(3) 3262-2729

COUNSEL

*NOT ADMITTED IN NEW YORK

August 22, 2003

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, OH 45999-0002

7002 2030 0001 1417 4293

Re: Kimberly-Clark Corporation
(EIN: 13-3513936)

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the period April 1, 2003 through June 30, 2003. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jack J. Miles

JJM:sh
Enclosures

NY01/MILEJ/859595.1

Form **2848**
(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ______
Telephone ______
Function ______
Date / /

**Part I** Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Kimberly-Clark Corporation<br>Tax Department<br>401 North Lake Street<br>Neenah, WI 54956 | | 39 0394230 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Mr. Jacob J. Miles<br>Kelley Drye & Warren<br>101 Park Avenue<br>New York, NY 10178-0002 | CAF No. 2005-78683R<br>Telephone No. (212) 808-7574<br>Fax No. (212) 808-7897<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ......<br>Telephone No. ......<br>Fax No. ......<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ......<br>Telephone No. ......<br>Fax No. ......<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Excise Tax | Form 720 and Form 8849 | April 1, 2003-June 30, 2003 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4—Specific uses not recorded on CAF**.) . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5—Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: Pertaining to Excise Taxes collected on taxpayer's telecommunications services

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Mr. Jacob J. Miles

Form **8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.**

Taxpayer name(s) and address (please type or print)
Kimberly-Clark Corporation
Tax Department
401 North Lake Street
Neenah, WI 54956

Social security number(s)

Employer identification number
39 : 0394230

Daytime telephone number
( )

Plan number (if applicable)

**2 Appointee.**

Name and address (please type or print)
Ginnie Mauro
TSL a division of PRG-Schultz
600 Galleria Pkwy MS 5E.16
Atlanta, GA 30339

CAF No. 0100-61933R
Telephone No. (770)779-6361
Fax No. (770)779-3365
Check if new: Address ☐ Telephone No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| Excise Tax | 720 & 8849 | 04/01/03-06/30/03 | Excise Taxes on Telecommunications Services |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) If you checked this box, skip lines 5 and 6. . . . ▶ ☐

**5 Disclosure of tax information** (you must check the box on line 5a or b unless the box on line 4 is checked):

a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . ▶ ☒

b If you do not want any copies of notices or communications sent to your appointee, check this box . . . ▶ ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . ▶ ☐
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

Signature [signature] Date 8/14/03
Print Name RUSSELL V. VARNADO Director IRS Affairs & Operations Taxes

Signature Date
Print Name Title (if applicable)

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use Form 2848, Power of Attorney and Declaration of Representative.

Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

Form **8849** (Rev. January 2002)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

Name of claimant: KIMBERLY-CLARK CORPORATION

Employer identification number (EIN): 390394230

Address (number, street, room or suite no.): 401 NORTH LAKE ST TAX DEPT

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: NEENAH WI

ZIP code: 54956

Month claimant's income tax year ends:

Foreign country, if applicable. Do not abbreviate.

Daytime telephone number (optional)

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters that were or will be made on* ***Form 720X****, Amended Quarterly Federal Excise Tax Return, or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims, or* ***Form 4136****, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Russell V. Varnado (signature) — 8/14/03

Signature and title (if applicable) — Date

RUSSELL V. VARNADO

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2002)

Schedule 6 (Form 8849) (Rev. January 2002)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849. ▶ See instructions on page 2.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–9) |
|---|---|---|
| Kimberly-Clark Corporation | 39-0394230 | $ 15,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012003     Latest date ▶ 06302003

Claimant's registration number for Section 4091(d) claims. ▶

| | Claim | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | April 1, 2003 through June 30, 2003 | $ 15,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |

Use the space below for an explanation of each claim listed.

SEE ATTACHED

# Form 8849 Attachment

Name of Claimant: Kimberly-Clark Corporation
Employer Identification Number: 39-0394230
Type of Return Filed: 720 (No. 22)
Excise Tax: Communications Excise Tax
Period of Claim: April 1, 2003 through June 30, 2003
Amount to be Refunded: $ 15,000.00 plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

7002 2030 0001 1417 4293

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7002 2030 0001 1417 4293

7002 2030 0001 1417 4293

U.S. Postal Service

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

(Jack Miles)
(Kimberly Clar

Sent To

Street, Apt. No.; or PO Box No. Internal Revenue Service Center

City, State, ZIP+4 Cincinnati, OH 45999-0002

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service Center
Cincinnati, OH 45999-0002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7002 2030 0001 1417 4293

PS Form 3811, August 2001 Domestic Return Receipt 2ACPRI-03-Z-0985

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jacob J. Miles, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
**Re: Kimberly Clark**

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE
NEW YORK, NY 10178

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0589



ROBERT I. AASHNER, DANNY E. ADAMS*, ROBERT D. ADAMS, TALAT M. ANSARI, STEVEN A. AUGUSTINO*, MARK I. BANE, M. ROWNEY BARKER*, DAVID C. BARRY, DAVID S. BATCHELLER, P.A.*, RUPERT D. BICKFORD, JR., JOSEPH A. BOYLE, RICHARD M. BRADY, CARMINE J. BROCCOLE, SAMUEL A. BROWMAN, JR.*, [illegible], STEVEN Z. CALET, JOHN M. CALLAGY, [illegible] CALVERT, JONATHAN E. CANTER*, JOHN F. CANZETTA*, JAMES J. CARR, JOSEPH T. CASEY, JR.*, CAROLYN A. CANFIELD, RICHARD S. CHANDAR, [illegible] CLARK, RICHARD E. CONTARINO, JONATHAN E. COOPERMAN, JOHN J. CURTISS, [illegible] COTTEY, EUGENE T. D'ABLEMONT, [illegible] DAVIES*, RICHARD E. DONOVAN

PAUL F. DOYLE, W. CHRISTIAN DRAWES, ROBERT HAAGENSTAD, WILLIAM A. ESCHMAN, WALTER T. FAULKNER, CHRISTOPHER D. FITZPATRICK, R. HARRISON FRASHEL, ROBERT A. FRIEDMAN, JOHN A. GARRULLO, JR., PAUL M. GARVEY, JOHN F. GIBBONS, GOV. JAMES J. GILMORE, III*, WILLIAM R. GOLDEN, JR., JOHN L. GORDON*, SUSAN [illegible]*, MARK J. GREGORY*, ROBERT L. HAAS, JOSEPH M. HAYS, WILLIAM C. HEFT, RANDOLPH [illegible] HEIDE, [illegible] HERTMANN, BARBARA E. HOEY, JOSEPH B. HOFFMAN*, [illegible] HOLMAN, [illegible], MICHAEL S. IVREL, [illegible] JANKINS, THOMAS E. JACKSON*, PAUL A. KEENAN, HENRY T. KELLY*, THOMAS B. KINZLER, JAMES J. KIRK

KENNETH [illegible], JAY E. KOLMAN, WILLIAM E. KRATLEY, ALAN J. KASSA, TIMOTHY R. LAVENDER*, PATRICIA M. LEE, RICHARD R. LURY, JOHN J. LYNAUGH, PAUL G. MADISON*, GEORGE L. MARCHANT, CHRISTINA M. MASON, PAUL J. MCCURDY, GREGORY M. MCKENZIE, NEIL MERKL, JACOB J. MILES, GENEVIEVE [illegible]*, [illegible], BRAD [illegible], [illegible] NATHAN, JAMES V. O'GARA, SUSAN J. [illegible], CHRISTOPHER C. PALERMO, DAVID A. RANDALL*, SARAH L. REID, DAVID E. RETTER*, [illegible] ROBSON, FREDERIC A. ROSENBERG, PAUL A. RUBIN, JEROME A. SCHIFFER*, J. [illegible] SEITZ*, FRANCIS V. [illegible], JULIAN [illegible]*

MARK H. [illegible], STEPHEN M. STEIN, DANIEL M. STEINWAY*, JONATHAN [illegible], MERRILL B. STONE, DAVID B. SUTTON*, [illegible], ANDRÉ VAN LANDUYT*, STEVEN L. VALKHAN, SHARIQ R. WAKHARIYA, PETER WOLFRAM, STEPHEN M. WOLF*, EDWARD A. YORKGITIS, JR.*, [illegible], HARVEY POLKE ZIMAND

COUNSEL

ROBERT M. BELSON, SAMUEL S. CROSS, HON. [illegible], LELAND J. HARKLEY, HON. FRANCIS T. MURPHY, PHILIP V. [illegible]*, JAMES F. [illegible], JR., FREDERICK T. SHEA, JOHN M. [illegible]*

*NOT ADMITTED IN NEW YORK


AFFILIATE OFFICES


DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER – 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGIO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND. SUDIRMAN KAV 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHWAN
226 NARIMAN POINT
MUMBAI 400 0021 INDIA
(91)(22) 22810336
FAX (91)(22) 22810337


May 28, 2004

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, OH 45999-0002

Re: Kimberly-Clark Corporation (EIN: 39-0394230)
<u>Federal Communications Excise Tax</u>

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods July 1, 2003 through March 31, 2004. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and retuning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:sf
Enclosures

NY01/MILEJ/928605.1

Form **2848**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name ____________
Telephone ____________
Function ____________
Date / /

**Part I** **Power of Attorney** (Type or print.)

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Kimberly-Clark Corporation**<br>**Tax Department**<br>**401 North Lake Street**<br>**Neenah, WI 54956** | | **39 : 0394230** |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Mr. Jacob J. Miles** **Kelley Drye & Warren**<br>**101 Park Avenue**<br>**New York, NY 10178-0002** | CAF No. **2005-78683R**<br>Telephone No. **(212) 808-7574**<br>Fax No. **(212) 808-7897**<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ........<br>Telephone No. ........<br>Fax No. ........<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ........<br>Telephone No. ........<br>Fax No. ........<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| **Excise Tax** | **Form 720 and Form 8849** | **July 1, 2003 - March 31, 2004** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for **Line 5. Acts authorized.**

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: **Pertaining to Excise Taxes collected on taxpayer's telecommunications services.**

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **Mr. Jacob J. Miles**

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| Russell V. Varnado (signature) | 3/2/04 | Director IRS Affairs & Operations Taxes |

Print Name: RUSSELL V. VARNADO

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

Print Name:

**Part II** Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | NY | (signature) | 5/28/04 |
| | | | |
| | | | |

Form **8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

► IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.**

Taxpayer name(s) and address (please type or print)

Kimberly-Clark Corporation
Tax Department
401 North Lake Street
Neenah, WI 54956

Social security number(s)

Employer identification number: 39 : 0394230

Daytime telephone number ( )

Plan number (if applicable)

**2 Appointee.**

Name and address (please type or print)

Ginnie Mauro
TSL a division of PRG-Schultz
600 Galleria Pkwy MS 5E.16
Atlanta, GA 30339

CAF No. 0100-61933R
Telephone No. ( 770 ) 779-6361
Fax No. ( 770 ) 779-3365
Check if new: Address ☐ Telephone No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see Instr.) |
|---|---|---|---|
| Excise Tax | 720 & 8849 | July 1, 2003 - March 31, 2004 | Excise Taxes on Telecommunications Services |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the Instructions on page 2.) . . . ► ☐
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you **must** check the box on line 5a or b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . ► ☑

**b** If you do not want any copies of notices or communications sent to your appointee, check this box . . . ► ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . ► ☐
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

[signature] 3/2/04
Signature Date
Russell V. Valdado
Print Name
Director
IRS Affairs & Operations Taxes
Title (if applicable)

Signature Date
Print Name Title (if applicable)

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use **Form 2848,** Power of Attorney and Declaration of Representative.

Use **Form 56,** Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

Form 8849 (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: KIMBERLY-CLARK CORP

Employer identification number (EIN): 390394230

Address (number, street, room or suite no.): 401 NORTH LAKE ST TAX DEPT

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: NEENAH WI

ZIP code: 54956

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends

Daytime telephone number (optional)

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Director IRS Affairs & Operations Taxes | 3/2/04

Signature and title (if applicable) | Date

RUSSELL V. VARNADO

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Kimberly-Clark Corporation | 39-0394230 | $ 45,000.00 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 07012003 Latest date ▶ 03312004

**Claimant's registration number** for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | **July 1, 2003 through September 30, 2003** | $ 15,000 | 00 | |
| 2 | **October 1, 2003 through December 31, 2003** | 15,000 | 00 | |
| 3 | **January 1, 2004 through March 31, 2004** | 15,000 | 00 | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**SEE ATTACHED**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# Form 8849 Attachment

Name of Claimant: Kimberly-Clark Corporation
Employer Identification Number: 39-0394230
Type of Return Filed: 720 (No. 22)
Excise Tax: Communications Excise Tax
Period of Claim: July 1, 2003 through March 31, 2004
Amount to be Refunded: $ 45,000.00 plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

KELLEY DRYE & WA[...]
A LIMITED LIABILITY PARTNERSHIP

101 PARK AVENUE NEW[...]

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

AFFILIATE OFFICES

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER – 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGIO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND. SUDIRMAN KAV 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHWAN
226 NARIMAN POINT
MUMBAI 400 021 INDIA
(91)(22) 22810336
FAX (91)(22) 22810337

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Cincinnati, Ohio 45999-0002

(Kimberly Clark Corporation)

2. Article Number (Transfer from service label) 7004 1160 0002 3267 6557

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) INTERNAL REVENUE SERVICE C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 25 2005
SERVICE CENTER DIRECTOR
COVINGTON, KY

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-15

March 23, 2005

INTERNAL REVENUE SERVICE
RECEIVED
MAR 25 2005
SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT #2

**BY CERTIFIED MAIL**
**7004-1160-0002-3267-6557**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, Ohio 45999-0002

Re: Kimberly Clark Corporation (EIN: 39-0394230)
Federal Communications Excise Tax

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods April 1, 2004 through December 31, 2004. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:lvb
Enclosures

NY01/MILEJ/939884.4

**KELLEY DRYE & WARREN LLP**
A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**
**NEW YORK, NY 10178**
TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0589

AFFILIATE OFFICES

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER - 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGJO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND. SUDIRMAN KAV. 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9732

WAKHARIYA & WAKHARIYA
41 BAJAJ BHWAN
226 NARIMAN POINT
MUMBAI 400 0021 INDIA
(91)(22) 22810336
FAX (91)(22) 22810337

ROBERT J. [illegible]
[illegible] E. ADAMS*
ROBERT B. [illegible]
TALAT M. ANSARI
[illegible] A. AUGUSTINO*
MAREL BANK
[illegible] BARKER*
DAVID [illegible]
DAVID E. BATCHELLER, P.A.*
[illegible] BECKFORD, JR.
JOSEPH A. BOYLE
[illegible] M. BRADY
CARMINE J. [illegible]
[illegible]
[illegible]
STEVEN P. CALEY
JOHN M. CALLAHAN
BRIAN P. CALVEY
JONATHAN E. [illegible]
JOHN T. CAPETTA*
JAMES B. [illegible]
JOSEPH T. CASEY, JR.*
[illegible] CAULFIELD
RICHARD A. [illegible]
[illegible] CLARK
RICHARD J. [illegible]
ABRAHAM E. COOPERMAN
JOHN J. [illegible]
ROBERT E. CROTTY
EUGENE T. [illegible]
JOHN [illegible]*
RICHARD E. [illegible]
[illegible] DOYLE
[illegible] CHRISTIAN [illegible]
ROBERT [illegible]
WILLIAM [illegible]
WALTER T. FAULKNER
CHRISTOPHER [illegible] FITZPATRICK
[illegible] HARRISON [illegible]
[illegible] FRIEDMAN
JOHN A. GALLAGHER, III
PAUL M. GARLITZ
[illegible]
HON. JAMES E. GILSHAW, III*
WILLIAM [illegible], JR.
[illegible] GORDON*
[illegible]
MARK B. GREGORY*
[illegible]
JAMES R. HAYS
WILLIAM C. HECK
[illegible]
[illegible] HEITMAN*
BARBARA [illegible]
[illegible] HOFFMAN*
[illegible]
[illegible]*
[illegible]
JANE E. [illegible]
[illegible] JACKSON*
PAUL A. KEENAN
[illegible] KELLY*
THOMAS B. KESSLER
[illegible] KIRK
KENNETH [illegible]
JAY R. [illegible]
WILLIAM A. [illegible]
ALAN F. [illegible]
[illegible] LAVENDER*
PATRICIA [illegible]
EDWARD R. LUKE
JOHN J. [illegible]
[illegible] MADISON*
[illegible] MARTINEZ
CHRISTINA M. [illegible]
[illegible]
GREGORY M. [illegible]
[illegible] MOORE
JACOB J. MILES
[illegible] MORELLI*
[illegible]*
[illegible]
[illegible]
[illegible] O'HARA
[illegible]
CHRISTOPHER C. [illegible]
DAVID A. [illegible]*
[illegible] REID
DAVID [illegible] RETTER
RONALD [illegible]
[illegible] A. RUBINSTEIN
JOEL [illegible]
[illegible] SCHIFFERLI*
[illegible] SEITZ*
[illegible]
[illegible]*
MARK R. [illegible]
STEPHEN W. STEIN
DANIEL M. [illegible]*
JONATHAN [illegible]
[illegible]
DAVID [illegible]
[illegible] TRITZ
ANDRÉ VAN [illegible]*
DANIEL [illegible] VAUGHAN
[illegible] WAKHARIYA
PETER WOLFRAM
STEPHEN A. [illegible]
EDWARD A. [illegible], JR.*
[illegible]
[illegible]

COUNSEL

[illegible] ANDERSON
[illegible]
HON. [illegible] A. GOODMAN*
[illegible]
HON. FRANCIS T. MURPHY
PHILIP V. [illegible]*
[illegible], JR.
FREDERICK Y. [illegible]
[illegible] W. [illegible]*

*NOT ADMITTED IN NEW YORK

March 23, 2005

**BY CERTIFIED MAIL**
**7004-1160-0002-3267-6557**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, Ohio 45999-0002

Re: Kimberly Clark Corporation (EIN: 39-0394230)
Federal Communications Excise Tax

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods April 1, 2004 through December 31, 2004. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:lvb
Enclosures

NY01/MILEJ/939884.4

Form **8821** (Rev. April 2004) Department of the Treasury Internal Revenue Service

# Tax Information Authorization

▶ Do not use this form to request a copy or transcript of your tax return. Instead, use Form 4506 or Form 4506-T.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on line 7.

Taxpayer name(s) and address (type or print)

Kimberly Clark Corporation
Tax Department
401 North Lake Street
Neenah, WI 54956

Social security number(s)

Employer identification number: 39 : 0394230

Daytime telephone number ( )

Plan number (if applicable)

**2 Appointee.** If you wish to name more than one appointee, attach a list to this form.

Name and address

Ginnie Mauro Suite 1210
12 Perimeter Center East
Atlanta GA 30346

CAF No. 0100-61933R
Telephone No. 770-512-8280 x1
Fax No. 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
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line. Do not use Form 8821 to request copies of tax returns.

| (a) Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) (see the instructions for line 3) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| Excise Tax | 720 & 8849 | 04/01/04 - 12/31/04 | Telecommunications Services |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions on page 3. If you check this box, skip lines 5 and 6 . ▶ ☐

**5 Disclosure of tax information** (you **must** check a box on line 5a or 5b unless the box on line 4 is checked):

a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . ▶ ☑

b If you do not want any copies of notices or communications sent to your appointee, check this box . . . ▶ ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed on line 3 above unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you **must** attach a copy of any authorizations you want to remain in effect **and** check this box . . . ▶ ☐

To revoke this tax information authorization, see the instructions on page 3.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods on line 3 above.

▶ **IF NOT SIGNED AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

[signature] 3/17/05
Signature Date

Russell V. Varnado
Print Name

Director - Federal, Canadian & Property Tax Defense
Title (if applicable)

☐☐☐☐☐ PIN number for electronic signature

Signature Date

Print Name Title (if applicable)

☐☐☐☐☐ PIN number for electronic signature

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Cat. No. 11596P Form **8821** (Rev. 4-2004)

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Kimberly Clark Corporation<br>Tax Department<br>401 North Lake Street<br>Neenah, WI 54956** | | 39 : 0394230 |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Mr. Jacob J. Miles** **Kelley Drye & Warren**<br>**101 Park Avenue**<br>**New York, NY 10178-0002** | CAF No. **2005-78683R**<br>Telephone No. **(212) 808-7974**<br>Fax No. **(212) 808-7897**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise Tax | **Form 720 and Form 8849** | **04/01/04 - 12/31/04** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF** . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: **Pertaining to Excise Taxes collected on taxpayer's telecommunications services.**

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **Mr. Jacob J. Miles**

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do **not** want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| [signature] | 3/17/05 | DIRECTOR – FEDERAL CANADIAN & PROPERTY TAX DEFENSE |

| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
|---|---|---|
| RUSSELL V. VARNADO | ☐☐☐☐☐ | |

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

| Print Name | PIN Number |
|---|---|
| | ☐☐☐☐☐ |

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | NY | [signature] | 3/23/05 |
| | | | |
| | | | |

Form 8849 (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: KIMBERLY CLARK CORPORATION

Employer identification number (EIN): 390394230

Address (number, street, room or suite no.): 401 NORTH LAKE ST TAX DEPT

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: NEENAH WI

ZIP code: 54956

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends:

Daytime telephone number (optional):

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on **Schedule C (Form 720)**, Claims, Form 4136, Credit for Federal Tax Paid on Fuels, **Form 2290**, Heavy Highway Vehicle Use Tax Return, or **Form 730**, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] DIRECTOR - FEDERAL, CANADIAN & PROPERTY TAX DEFENSE

Signature and title (if applicable)

Date: 3/17/05

RUSSELL V. VARNADO

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions. Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Kimberly Clark Corporation | 39-0394230 | $ 44,566.97 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012004 Latest date ▶ 12312004

Claimant's registration number for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | April 1, 2004 through June 30, 2004 | $ 15,069 | 51 | |
| 2 | July 1, 2004 through September 30, 2004 | 15,405 | 82 | |
| 3 | October 1, 2004 through December 31 ,2004 | 14,091 | 64 | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

**8849 SCHEDULE 6 ATTACHMENT**

Name of Claimant: Kimberly Clark Corporation
Employer Identification Number: 39-0394230
Type of Return Filed: 720 (No. 22)
Excise Tax: Communications Excise Tax
Period of Claim: April 1, 2004 through December 31, 2004
Amount to be Refunded: $44,566.97 ***plus interest*** (See last paragraph of this Attachment.)

THIS CLAIM IS FOR TAXES COLLECTED FROM CLAIMANT IN CONNECTION WITH EXCISE TAXES ON COMMUNICATIONS SERVICES PERSUANT TO SECTION 4251 OF THE INTERNAL REVENUE CODE OF 1986, AS AMENDED (THE "CODE"). CLAIM IS ALSO MADE FOR INTEREST ON THE OVERPAID TAXES.

AS PER CODE SECTION 4252(b) "TOLL TELPHONE SERVICE" IS DEFINED AS TELEPHONIC QUALITY COMMUNICATION FOR WHICH THERE IS A TOLL CHARGE WHICH VARIES IN AMOUNT WITH THE DISTANCE AND ELAPSED TRANSMISSION TIME OF EACH INDIVIDUAL COMMUNICATION.

CLAIMANT IS PAYING POSTALIZED CONTRACTED RATES WHICH DOES NOT VARY WITH THE DISTANCE OF THE CALL(s). ADDITIONALLY, THE SERVICE DOES NOT ENTITLE CLAIMANT, UPON PAYMENT OF A PERIODIC CHARGE (DETERMINED AS A FLAT AMOUNT ON THE BASIS TO TOLL ELAPSED TRANSMISSION TIME), TO AN UNLIMITED NUMBER OF CALLS TO OR FROM ALL PERSONS IN A SPECIFIED AREA. THEREFORE, THE SERVICES DO NOT FALL UNDER THE "TOLL TELEPHONE SERVICE" DEFINITION.

AS PER CODE 4251 "COMMUNICATION SERVICES" FEDERAL EAXCISE TAX DOES NOT APPLY TO "PRIVATE COMMUNICATIONS". ACCORDING TO CODE 4252(d) ANY CUSTOMER USING A VIRTUAL PRIVATE NETWORK PLAN (i.e. VTNS FOR AT&T) IS EXEMPT FROM FEDERAL EXCISE TAX.

THIS CLAIM IS FILED ACCORDING TO REV. RUL. 60-58, 1960-1 CB 638.

**PLEASE NOTE THAT THE EXACT AMOUNT OF THE TAXES HAVE NOT YET BEEN DETERMINED. THEREFORE, THE CLAIMANT RESERVES THE RIGHT TO AMEND THE AMOUNT OF THE CLAIM.**