# In The United States Court of Federal Claims

Cover Sheet 06-37 T

Plaintiff(s) or Petitioner(s) Kimberly Clark Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] George J. Marchese

Firm Name: Kelley Drye & Warren LLP

Post Office Box:

Street Address: 101 Park Avenue

City-State-Zip: New York, NY 10178

Telephone & Facsimile Numbers: 212-808-7651 / 212-808-7897

E-mail address: gmarchese@kelleydrye.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 0 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R E

See attached Sheet for three digit code.

Amount Claimed: $ to be determined at trial

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

✓

250

May 6, 2005