**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

KIMBERLY CLARK CORPORTION,
Plaintiff,

v.

UNITED STATES OF AMERICA
Defendant

Case No.: 06-37T

**MOTION TO CHANGE ATTORNEY OF RECORD**

George Marchese, a member of the law firm of Kelley Drye & Warren LLP, attorney of record for plaintiff Kimberly Clark Corporation, in the above-captioned case, respectfully moves this court to remove him as attorney of record and appoint Mr. Paul L. Kattas, also associated with the law firm of Kelley Drye & Warren LLP, as attorney of record.

Forthcoming, all inquiries should be directed to Paul L. Kattas.

DATED: April 13, 2006

**Kelley Drye & Warren LLP**

Endorsed by: /s/ *George Marchese*
George Marchese, Esq.