**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Kimberly Clark Corporation,<br>Plaintiff,<br>-v-<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 06-0037T (EJD)<br>Chief Judge Edward J. Damich<br><br>**Rule 7.1 Statement** |

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kimberly Clark Corporation (a private non-governmental party) certifies that Kimberly Clark Corporation has no corporate parents, affiliates and/or subsidiaries which are publicly held.

**Date:** May 17, 2006

**By:** /Paul L. Kattas/
Paul L. Kattas
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Attorneys for Plaintiff