No. 06-37 T
Honorable Chief Judge Edward J. Damich

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KIMBERLY CLARK CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order entered May 25, 2006, the parties submit this joint status report to inform the Court on how they propose to proceed in the above-captioned case.

On May 25, 2006, the United States informed the Court of its change of litigation position with respect to the federal excise tax under 26 U.S.C. § 4251. Specifically, the United States stated its determination that the excise tax does not apply to plaintiff's long distance telephone service to the extent described in Notice 2006-50, issued by the IRS on May 25, 2006. To reflect this change, the United States has prepared a motion for leave to file an amended answer, which it intends to file.

At this point in the litigation, plaintiff has not provided the United States with documents to substantiate the amount, if any, of telephone excise tax due to plaintiff in response to the United States' request for production. Viewing these documents as confidential in nature,

plaintiff has withheld them pending its filing a motion for a protective order. The parties believe they have reached an agreement as to the form of a motion for a protective order to which the United States will not object.

WHEREFORE, the parties propose that this case proceed as follows:

(1) that the Court rule on plaintiff's motion for a protective order once it is filed;

(2) that the Court allow the parties two months to confer with the goal of determining the amount of any overpayment of telephone excise taxes due to plaintiff, at which time the parties will file a joint status report reflecting their progress in the resolution of this case; and

(3) that any issues the parties are unable to resolve without involvement of the Court will be brought to the attention of the Court.

Plaintiff joins in this status report, and has authorized defendant to sign in its behalf.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

June 23, 2006

s/Steven Frahm
Of Counsel