No. 06-37 T
Honorable Chief Judge Edward J. Damich

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KIMBERLY CLARK CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES
FOR LEAVE TO FILE AN AMENDED ANSWER

Pursuant to RCFC 15(a), the United States moves the Court for leave to file the attached amended answer in the above-captioned case. In our status report, filed on May 25, 2006, we advised the Court of the issuance of Notice 2006-50, reflecting the Government's change of position with respect to the litigation of certain cases involving the federal excise tax under 26 U.S.C. § 4251. We also advised at that time of our intention to file an amended answer to reflect the changed position.

WHEREFORE, defendant prays that its motion be granted.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 6, 2006

s/Steven Frahm
Of Counsel