No. 06-37 T
Honorable Chief Judge Edward J. Damich

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KIMBERLY CLARK CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

NOTICE REGARDING THE MOTION
OF THE UNITED STATES TO FILE
AN AMENDED ANSWER

---

On July 6, 2006, defendant filed a motion for leave to file an amended answer in the above-captioned case. Defendant attached to the motion its proposed amended answer. The attached amended answer erroneously indicates that plaintiff has given defendant written consent to file the amended answer. In fact, defendant has not received plaintiff's consent in this case,[1] and plaintiff has not otherwise indicated whether it will consent to defendant's motion to file an amended answer.

---

[1]Defendant's mistake in this regard is a clerical one, which is partly due to its having received plaintiff's consent to file an amended answer in a similar case, and then failing to modify its proposed amended answer in this case. Upon receiving notification of its mistake from plaintiff's counsel, defendant immediately drafted this notice to correct the oversight.

Respectfully submitted,

s/Jacob Christensen

JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 7, 2006 Of Counsel