# In the United States Court of Federal Claims

No. 06-37T

(Filed: July 25, 2006)

***********************************
**KIMBERLY CLARK CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On July 13, 2006, Plaintiff filed a motion for a protective order, pursuant to Rule 26(c)(7) of the U.S. Court of Federal Claim for the purpose of preserving and mandating the confidentiality of certain information that may be disclosed by Plaintiff during the course of litigation. Plaintiff maintains that certain telecommunication agreements and documents are confidential and proprietary to Plaintiff and its telecommunications carriers. Defendant does not object to this motion. Accordingly, Plaintiff's motion is hereby GRANTED. A copy of the protective order shall be entered separately.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge