IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-37 T
(Honorable Chief Judge Edward J. Damich)

KIMBERLY CLARK CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order entered June 23, 2006.

On July 25, 2006, plaintiff provided defendant with what it intends as substantiating evidence regarding the payment of the excise taxes for the quarters ended March 31, 2000 through December 31, 2004. Plaintiff has prepared a spreadsheet detailing the amount of its refund claims for each quarter, which it provided to defendant on September 21, 2006, to assist in the refund calculation process. Defendant is currently reviewing the documents received from plaintiff to determine the amount of any overpayment of tax due to plaintiff for those quarters.

On August 24, 2006, plaintiff filed an amended complaint to include the additional quarters ended March 31, 2005 through June 30, 2005. Defendant filed an answer to the

amended complaint August 30, 2006. Plaintiff is currently gathering documents to provide to defendant to substantiate the amount of telephone excise tax due to plaintiff for these additional quarters.

WHEREFORE, the parties propose that this case proceed as follows:

(1) that the Court allow the parties 60 days for the defendant to receive the additional documents and for the parties to confer with the goal of determining the amount of any overpayment of telephone excise taxes due to plaintiff, at which time the parties will file a joint status report reflecting their progress in the resolution of this case; and

(2) that any issues the parties are unable to resolve without involvement of the Court will be brought to the attention of the Court.

Plaintiff joins in this status report, and has authorized defendant to sign in its behalf.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewing Attorney

September 22, 2006

s/G. Robson Stewart
Of Counsel