# In the United States Court of Federal Claims

No. 06-37T

(Filed: September 28, 2006)

***********************************
**KIMBERLY CLARK CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On September 22, 2006, the parties filed a joint status report, requesting time for the Defendant to receive additional documentation to assist in the determination of any overpayment of telephone excise taxes due to Plaintiff. It is hereby ORDERED that unless a stipulation of dismissal has already been filed, the parties shall file a joint status report on or before **December 1, 2006** regarding the status of settlement negotiations. Despite the docket text in docket entry 24, the parties are hereby relieved from filing a supplemental joint preliminary status report.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge