IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-37 T
(Honorable Chief Judge Edward J. Damich)

KIMBERLY CLARK CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order entered September 28, 2006.

Defendant's counsel has reviewed the documents provided by plaintiff to substantiate its claim for refund for all periods at issue in this case, and the parties are engaged in discussion as to the appropriate amount of overpayment due to plaintiff.

The parties propose to file a joint status report within 30 days to inform the Court of any issues they are unable to resolve without its involvement.

s/Paul Kattas
PAUL L. KATTAS
JOSEPH A. BOYLE
JACOB J. MILES
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
(212) 808-7800

Dated: December 1, 2006

Attorneys for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0878

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer
s/G. Robson Stewart
Of Counsel

Dated: December 1, 2006

Attorneys for Defendant

Plaintiff joins in this status report, and has authorized defendant to sign in its behalf.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewing Attorney

September 22, 2006

s/G. Robson Stewart
Of Counsel