# In the United States Court of Federal Claims

No. 06-37T

(Filed: December 1, 2006)

```
***********************************
KIMBERLY CLARK CORPORATION,  *
                             *
          Plaintiff,         *
                             *
     v.                      *
                             *
THE UNITED STATES,           *
                             *
          Defendant.         *
                             *
***********************************
```

**ORDER**

On November 30, 2006, the parties filed a joint status report stating that Defendant's counsel has reviewed the documentation plaintiff submitted to substantiate its claim, but that the parties require additional time to agree upon the amount of overpayment due to plaintiff. In light of the parties' request, it is hereby ORDERED that unless a stipulation of dismissal has already been filed, the parties shall file a joint status report on or before **January 5, 2007,** regarding the status of settlement negotiations.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge